EXHIBIT D

# SPOTIFY LAUNCHES JAM, A REAL-TIME COLLABORATIVE PLAYLIST FEATURE FOR UP TO 32 USERS

B

Y MANDY DALUGDUG
(HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/EUfH]RI1SWIDIW/t,1USICBUSINESSWORLDWIDE.
COM/AUTHOR/MB\\ **SEPTEMBER** 27, 2023

REPORTER/)



**In a move to further enhance its social features, Spotify (https://www.musicbusinessworldwide.com/companies/spotify/) has unveiled 'Jam; a new tool that enables up to 32 users to collectively build a playlist in real-time.**

This feature builds on Spotify's existing **'Collaborative Playlist,'** launched (https://newsroom.spotify.com/2020-09-29/how-to-make-a-collaborative-playlist/) in 2020, and the multi-person playlist option **'Blend,'** introduced (https://newsroom.spotify.coltl/2022-03-  30ld iscover-and-1isten-to-musi**c-with-evm-1110AEUPI" MI'"liJ@tntl'llth#>-some-of-yo**ur-favorite-

23  artists-with-Spotifys-newest-blend-update/) last year. Collaborative Playlists
24  allow users to invite friends to add songs to an existing playlist, while Blend
25  generates a shared playlist for two users based on their music preferences.

26  As of Tuesday (September 26), Spotify reported
27  (https://newsroom.spotify.com/2023-09- 26/spotify-jam-personalized-
28  collaborative-listening-session-free-premium-users/) that users have created
29  over 45 million Blends and collectively spent more than 200 million hours
30  listening to Collaborative Playlists.

31
32  The music streaming giant says **Jam**
33  **(https://www.youtube.com/watch?v=3DYrvRn2UyO}** enhances the group
34  listening experience by combining these features with new personalization
35  technology. Premium users can invite others to contribute through a shared
36  queue, allowing each member to select a song for real-time listening.

37  Hosts of Jam playlists, who must be Premium users, can invite a mix of Free
38  and Premium users, regardless of location. To initiate a Jam session, users
39  select a playlist or song and click the 'Start a Jam' option, accessible via the
40  speaker icon or the three-dot menu.

41  Participants on the same shared Wi-Fi network will receive prompts to join
42  the Jam when they open Spotify. Each Jam member can add songs to the
43  queue, view contributor details, and receive personalized recommendations
44  on their own devices. Playlist management is limited to the host, who can
45  adjust the track order and remove songs that don't align with the collective
46  vibe.

47  The launch of Jam follows Spotify's beta release
48  (https://newsroom.spotify.com/2020-07- 28/your-squad-can-now-stream-
49  simultaneously-using-spotifys-group-session-beta/) of Group Session in
50  2020. This feature grants Premium users worldwide the ability to
51  synchronize their listening experience.

52  This latest addition joins Spotify's suite of personalized playlists, including
53  **'Daylist,'** (https://www.musicbusinessworldwide.com/spotify-launches-ever-
54  changing-daylist-playlist-that-adapts-to-users-moods/) a playlist that tailors

55  itself to users' changing moods throughout the day, introduced just two
56  weeks ago.

57  The platform also offers **'Discover Weekly'**
58  (https://www.musicbusinessworldwide.com/spotify- combats-apple-music-with-
59  new-discover-weekly-feature/)  and **'On Repeat'** playlists, both of which are
60  already available (https://www.musicbusinessworldwide.com/spotify-opens-
61  discover- weekly-playlist-to-brand-sponsorship/) for brand sponsorships
62  (https://www.musicbusinessworldwide.com/spotify-opens-personalized-on-
63  repeat-playlist-to- brand-sponsorship/).

64  The development also follows the introduction of Spotify's Niche Mixes
65  (https://newsroom.spotify.com/2023-03-28/introducing-niche-mixes-
66  personalized-playlists-for-     almost-anything-you-can-think-of/) in March,
67  which are uniquely personalized  playlists that combines all user mixes "in a
68  playful way."
69  Spotify seeks to maintain its dominance in the global streaming market and
70  attract a wider user base. By the end of the second quarter, Spotify's Premium
71  subscriber count surged by 10 million paying users
72  (https://www.musicbusinessworldwide.com/spotifys-subscriber-base-grew-by-
73  10m-in-q2-to-reach-220m-paying-users/) from the preceding quarter, reaching
74  a total of 220 million.

75  This surge translated into Premium revenue of €2.773 billion (approximately
76  USD$2.93 billion) in Q2, marking a 14% increase from the previous year.

77
78
79  Elsewhere at Spotify, leaked code has reportedly revealed
80  (https://www.musicbusinessworldwide.com/spotifys-rumored-supremium-tier-
81  to-offer-lossless-     music-and-ai-playlist-creation-at-19-99-per-month/) that
82  the long-rumored 'Supremium' plan by the company  is set to offer 24-bit
83  Lossless music  and the ability to make playlists with artificial intelligence at a
84  monthly subscription price of $19.99 per month.

85  On Monday (September  25), Spotify said it is piloting what it described  as a
86  new "groundbreaking" AI-powered Voice Translation tool

87    (https://www.musicbusinessworldwide.com/spotify-has-developed-an-ai-
88    powered-voice-cloning-    tool-that-can-translate-podcasts-into-multiple-
89    languages/) for its podcasts that can translate podcasts into additional
90    languages, all in the podcaster's own voice.

*x*